Nico BENN, Petitioner–Appellant,

v.

**BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,** Respondent–Appellee.

No. 03–30114.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Dec. 5, 2003.

Wayne Joseph Blanchard, Federal Public Defender's Office, Lafayette, LA, for Petitioner–Appellant.

David V. Bernal, Jamie Marie Dowd, US Department of Justice, Washington, DC, for Respondent–Appellee.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Nico Benn appeals the district court's denial of his 28 U.S.C. § 2241 petition which challenged his post-removal-order detention by the Immigration and Naturalization Service (INS). The district court did not err in denying the petition. *Gisbert v. United States Attorney General,* 988 F.2d 1437, 1440 (5th Cir.1993), *amend-*

---

*ed by* 997 F.2d 1122 (5th Cir.1993). Benn's post-removal-order detention was authorized under 8 U.S.C. § 1231(a)(1)(C). Benn's incomplete and conflicting statements to the INS hampered the INS's ability to effectuate removal and served to extend the removal period of 8 U.S.C. 1231(a)(1)(A). *Balogun v. INS,* 9 F.3d 347, 350–51 (5th Cir.1993). The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.